UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICK EDWARD BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| V. | § | No. 3:13-CV-1372-B |
| | § | |
| UNKNOWN SALES REPRESENTATIVE, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Plaintiff's motion to compel arbitration [Dkt. No. 4] is DENIED without prejudice and his complaint is dismissed without prejudice for lack of subject matter jurisdiction.

SO ORDERED this 12th day of July, 2013.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE